## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PAUL SIMMERING, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | 7:03CV5021 |
| TOM BLANCHARD and CAROL | ) | |
| HOLT, d/b/a COUNCIL OF | ) | ORDER OF DISMISSAL |
| MOTORSPORTS CLUBS–ROCKY | ) | |
| MOUNTAIN REGION, INC., and | ) | |
| MICHAEL J. BAURES, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This matter is before the court on the plaintiff's MOTION TO DISMISS WITH PREJUDICE (#63). Being fully advised in the premises, the court finds that dismissal is appropriate. Pursuant to Fed. R. Civ. P. 41(a)(2),

**IT IS ORDERED:**

1. The MOTION TO DISMISS WITH PREJUDICE (#63) is granted.

2. This case is dismissed with prejudice as to each and every claim.

3. Each party shall pay its own costs and attorneys' fees unless otherwise agreed by the parties.

**DATED December 2, 2005.**

        **BY THE COURT:**

        s/ F.A. Gossett
        **United States Magistrate Judge**